UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:16-CV-00018-GNS

JONNA FREEMAN                                                                                          PLAINTIFF

v.

EASY MOBILE LABS, INC.                                                                            DEFENDANT

## **ORDER**

This matter is before the Court on Plaintiff's Motion to Schedule Evidentiary Hearing (DN 14). For the reasons stated below, the motion is **DENIED**.

On August 24, 2016, the Court ordered the parties to arbitrate this matter. (Mem. Op. & Order 5, DN 13). On July 7, 2017, Plaintiff moved for an evidentiary hearing regarding the validity of the arbitration agreement. (Pl.'s Mot. Schedule Evidentiary Hr'g, DN 14). In her motion, Plaintiff notes that Defendant has refused to participate in the arbitration proceeding, which has delayed the resolution of this dispute. (Pl.'s Mot. Schedule Evidentiary Hr'g 1).

As noted above, the Court has previously determined that the arbitration agreement was valid and declines Plaintiff's invitation to revisit that decision. While the American Arbitration Association's rules applicable to this arbitration apparently do not provide for a default judgment, the absence of such a rule does not preclude this matter from proceeding to a hearing on its merits. Assuming Plaintiff can establish the substance of her claims, then she would undoubtedly prevail at the arbitration hearing if there is no opposing evidence or arguments presented.

To the extent that any party does not actively participate in an arbitration proceeding, it does so at its own peril. The non-participant will not have the opportunity to present evidence as to why an award should be entered in its favor and its ability to challenge an adverse award in this forum will be impaired. *See Legair v. Circuit City Stores*, No. 2:01-CV-00985, 2005 WL 1865373, at *6 (S.D. Ohio July 26, 2005) (denying the plaintiff's motion to dismiss the arbitration after the plaintiff refused to participate in the arbitration proceeding and an adverse decision was entered against him).

For the foregoing reasons, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Schedule Evidentiary Hearing (DN 14) is **DENIED**.

**Greg N. Stivers, Judge**
**United States District Court**
August 30, 2017

cc: counsel of record
Easy Mobile Labs, Inc.