UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:16-CV-00018-GNS

JONNA FREEMAN                                                                                         PLAINTIFF

v.

EASY MOBILE LABS, INC.                                                                          DEFENDANT

## ORDER

This matter is before the Court on the Motions to Withdraw filed by counsel for Defendant Easy Mobile Labs, Inc. (DN 16, 17).  The Court being sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Motions to Withdraw (DN 16, 17) are **GRANTED**, and Attorneys Robert Blanchfield and Demetrius Holloway are relieved from their representation of Defendant Easy Mobile Labs, Inc. in this matter.

2. Because Defendant Easy Mobile Labs, Inc. is a corporate entity and cannot proceed *pro se*, Defendant **SHALL** retain counsel within **30 days** of the entry of this order.

Greg N. Stivers, Judge
**United States District Court**
August 30, 2017

cc:   counsel of record
       Easy Mobile Labs, Inc.