**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
Room 120 William H. Natcher U.S. Courthouse
241 East Main Street
Bowling Green, KY 42101-2175

OFFICIAL BUSINESS

NASHVILLE
TN 370
31 AUG '17

Hasler
08/31/2017
US POSTAGE $000.46⁰
FIRST-CLASS MAIL

ZIP 42101
011E10670078

FILED
VANESSA L. ARMSTRONG, CLERK
SEP 11 2017
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

1:16-cv-18-GNS
DN 20 & DN 21

Easy Mobile Labs
Attention President or Legal
8417 Crossland Loop
Montgomery

NIXIE        352    7E 1         0009/07/17
              RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC: 42101217099        *1559-02674-31-43

9326089946841001        UTF